Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Anna L. Scialabba** | : | Case No. 13−23608−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 48 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/11/19 at 11:00 AM |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 26th of June, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 48 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before August 12, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *September 11, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 13-23608-GLT
Anna L. Scialabba                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas              Page 1 of 1             Date Rcvd: Jun 26, 2019
                             Form ID: 604            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Anna L. Scialabba,    27 Rowe Street, P.O. Box 284,    Rural Ridge, PA 15075-0284
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA   15219
13701056        Capital One,    PO Box 855250,    Richmond, VA 23285
13701057       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13701058       +Citibank/Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
13701059        Francis S. Hallinan, Esq.,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
13701060        Mortgage Service Center,    2001 Leadenhall Rd.,    Mount Laurel, NJ 08054
14001601      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13701061       +PHH Mortgage,    PO Box 1945,    Bowie, MD 20717-1945
13709931       +PHH Mortgage Corporation, Et al.,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
13702775       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13701062       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13736397       +E-mail/Text: bncmail@w-legal.com Jun 27 2019 03:02:04       ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13736506        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2019 03:20:29
                 American InfoSource LP as agent for,   Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13723482        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 03:06:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
13772980        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:20:22
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13701063       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2019 03:00:39
                 Verizon Wireless,    PO Box 920041,    Dallas, TX 75392-0041
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PHH MORTGAGE CORPORATION
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX   75261-9741)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Charles J. Grudowski    on behalf of Debtor Anna L. Scialabba cjg@grudowskilaw.com,
               grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grud
               owskilaw.com
              Jerome B. Blank    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    PHH MORTGAGE CORPORATION jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```