FILED
9/17/19 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     Case No.:    13-23608-GLT
                                                    :     Chapter:     13
Anna L. Scialabba                                   :
                                                    :
                                                    :     Date:        9/11/2019
            Debtor(s).                              :     Time:        11:00

## PROCEEDING MEMO

**MATTER:**  #48 - Trustee's Motion for Approval of Report of Receipts
and Disbursements - Plan Completed.
[Response due 8/12/2019]
[Both Certifications Still due]

#48 - Status Conference Re: Why The Debtor Failed To File
Certification(s) Required For Discharge.
[Response due 8/12/2019]

**APPEARANCES:**
    Debtor:        No appearance

**NOTES:**

**OUTCOME:**

1. Order to Show Cause to issue against Attorney Charles Grudowski due to his failure to appear for the September 11, 2019 status conference. [Chambers to Issue]

2. Trustee's *Motion for Approval of Report of Receipts and Disbursements - Plan Completed* [Dkt. No. 48] is approved as modified. [O/E]

**DATED:** 9/11/2019