IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 13-23608-GLT |
| | : | Chapter 13 |
| Anna L Scialabba, | : | |
| | : | Related to: Dkt. No. 48 |
| | : | |
| *Debtor* | : | Hearing: October 3, 2019 at 10:30 a.m. |
| | : | Response: September 30, 2019 |

### ORDER TO SHOW CAUSE AGAINST
### ATTORNEY CHARLES GRUDOWSKI, ESQ.

This matter came before the Court upon the *Order Setting Status Conference* [Dkt. No. 50] ("Order") issued by the Court on June 26, 2019. The *Order* required that the Debtors' counsel, Charles Grudowski, Esq., personally appear at a status conference scheduled on September 11, 2019 and explain why the Debtor did not file her *Certificates of Discharge Eligibility* or *Certificates of Completion of a Financial Management Course* (together, "the Certificates"). At the status conference, Attorney Grudowski failed to appear as ordered. As of the date of this order, the *Certificates* remain unfiled, and the Debtor's case has accordingly been closed without the granting of a discharge.

Based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A hearing is set for **October 8, 2019** at **11:00 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at which Charles Grudowski, Esq. shall personally appear to show cause why the Court should not hold him in contempt for his failure to comply with the Court's *Order Setting Status Conference* [Dkt. No. 50]. The Court will also consider whether sanctions may be appropriate, including but not limited to (a) a monetary sanction of $500; (b) continuing sanctions of $100 per day; and (c) the suspension of CM/ECF

filing privileges for Attorney Grudowski until all necessary corrective action has been undertaken and Burns purges itself of its contempt.

       2.      On or before **October 1, 2019**, Attorney Grudowski may file any response.

       3.      If all necessary corrective action is taken on or before October 1, 2019, the Court *may* consider withdrawing this *Order to Show Cause*.

Dated: September 13, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Debtors' counsel

Charles Grudowski, Esq.

Chapter 13 trustee

{00027272 - 9/13/2019 05:28 PM}2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-23608-GLT
Anna L. Scialabba                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy            Page 1 of 1              Date Rcvd: Sep 16, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db             +Anna L. Scialabba,    27 Rowe Street, P.O. Box 284,    Rural Ridge, PA 15075-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
      Charles J. Grudowski    on behalf of Debtor Anna L. Scialabba cjg@grudowskilaw.com,
       grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grudowskilaw.com
      James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
       bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
      Joseph P. Schalk    on behalf of Creditor    PHH MORTGAGE CORPORATION jschalk@barley.com,
       sromig@barley.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 7