IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Anna L. Scialabba : | Bankruptcy No. 14-23608-GLT |
| | : | |
| | Debtor(s) : | |
| | : | Chapter 13 |
| | Anna L. Scialabba, Movant : | |
| | : | |
| | v. : | |
| | : | |
| | Ronda J. Winnecour, : | |
| | Respondent : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 24, 2019, at docket number 14-23608-GLT, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. Said course was completed on February 25, 2014.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 24, 2019        By:     /s/Charles J. Grudowski_____
                                 Charles J. Grudowski, Esquire
                                 Counsel for Debtor
                                 Grudowski Law Associates, P.C.
                                 Law & Finance Building
                                 429 Fourth Avenue, Suite 1001
                                 Pittsburgh, PA 15219
                                 Phone: (412) 904-1940
                                 Email: CJG@GrudowskiLaw.com
                                 Bar I.D. and State of Admission: 91231-PA

**PAWB Local Form 24 (07/13)**