IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Anna L. Scialabba | : | Bankruptcy No. 13-23608-GLT |
| | | : | |
| | Debtor(s) | : | Chapter 13 |
| | | : | |
| | | : | Related to Document No. 54 |
| | | : | |
| | | : | Hearing: October 8, 2019 at 11:00 a.m. |
| | | : | Response Due: September 30, 2019 |
| | | : | |
| | | : | |

**RESPONSE TO ORDER TO SHOW CAUSE AGAINST
ATTORNEY CHARLES GRUDOWSKI, ESQ.**

1. The debtor, Anna L. Scialabba, is represented by Charles J. Grudowski, Esquire (hereinafter "Grudowski") in the within Chapter 13 bankruptcy case.

2. Grudowski was suffering from a series of personal emergencies he was tending to that began the week of June 24, 2019.

3. The Order Setting Status Conference was issued on June 26, 2019 while Grudowski was tending to the first of multiple personal emergencies that occurred during the summer. Also on June 26, 2019, an Order was issued Setting a Hearing on the Chapter 13 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed. Grudowski did not calendar said Status Conference terms or Hearing due to the distractions and oversight, and mistakenly believed the case was ready for closure and discharge.

4. In response to the Order to Show Cause, on September 24, 2019, Grudowski filed a Certification of Completion of a Financial Management Course on behalf of Debtor. Said course was completed by the Debtor on February 25, 2014. Also on September 24, 2019, Grudowski filed the Certificate of Discharge Eligibility on behalf of the Debtor.

5. Grudowski apologizes to the Court and to all parties involved for the oversight and the inconveniences that resulted.

6. Grudowski believes all necessary corrective action has been undertaken and respectfully requests that Your Honor withdraw the Order to Show Cause and grant a Discharge Order for the Debtor.

Dated: September 26, 2019            By:    /s/Charles J. Grudowski
                                     Charles J. Grudowski, Esquire
                                     Counsel for Debtor
                                     Grudowski Law Associates, P.C.
                                     Law & Finance Building
                                     429 Fourth Avenue, Suite 1001
                                     Pittsburgh, PA 15219
                                     Phone: (412) 904-1940
                                     Email: CJG@GrudowskiLaw.com
                                     Bar I.D. and State of Admission: 91231-PA