FILED
9/30/19 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANNA L. SCIALABBA

    Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-23608

Chapter 13

Related to Docket No. 48

## AMENDED ORDER OF COURT

AND NOW, this 30th Day of September, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-23608-GLT
Anna L. Scialabba                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: mgut                  Page 1 of 2             Date Rcvd: Sep 30, 2019
                                Form ID: pdf900             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Anna L. Scialabba,    27 Rowe Street, P.O. Box 284,    Rural Ridge, PA 15075-0284
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13701056        Capital One,    PO Box 855250,    Richmond, VA 23285
13701057       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13701058       +Citibank/Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
13701059        Francis S. Hallinan, Esq.,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
13701060        Mortgage Service Center,    2001 Leadenhall Rd.,    Mount Laurel, NJ 08054
14001601       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13701061       +PHH Mortgage,    PO Box 1945,    Bowie, MD 20717-1945
13709931       +PHH Mortgage Corporation, Et al.,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
13702775       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13701062       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13736397       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13736506        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 04:13:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13723482        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 01 2019 04:12:47
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13772980        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 04:23:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13701063       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 01 2019 04:08:28
                 Verizon Wireless,    PO Box 920041,    Dallas, TX 75392-0041
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
cr              PHH MORTGAGE CORPORATION
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX  75261-9741)
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Charles J. Grudowski    on behalf of Debtor Anna L. Scialabba cjg@grudowskilaw.com,
           grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grud
           owskilaw.com
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    PHH MORTGAGE CORPORATION jschalk@barley.com,
           sromig@barley.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: mgut              Page 2 of 2            Date Rcvd: Sep 30, 2019
                              Form ID: pdf900         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                      TOTAL: 7